AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| KEVIN ORLANDO<br>*Plaintiff(s)*<br>v.<br>3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company, et al.<br>*Defendant(s)* | ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* 3M Center, St. Paul, Minnesota 55133
SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

## AO 440 – Additional Defendants and Addresses

**AGC CHEMICALS AMERICAS INC.**

55 East Uwchlan Avenue, Suite 201
Exton, Pennsylvania 19341

**ARKEMA, INC.**

900 First Avenue
King of Prussia, Pennsylvania 19406

**BASF CORPORATION**

100 Park Avenue
Florham Park, New Jersey 07932

**BUCKEYE FIRE EQUIPMENT COMPANY**

110 Kings Road

Kings Mountain, North Carolina 28086

**CARRIER GLOBAL CORPORATION**

13995 Pasteur Boulevard
Palm Beach Gardens, Florida 33418

**CHEMDESIGN PRODUCTS, INC.**

2 Stanton Street
Marinette, Wisconsin 54143

**CHEMGUARD, INC.**

One Stanton Street
Marinette, Wisconsin 54143

**CLARIANT CORPORATION**

4000 Monroe Road
Charlotte, North Carolina 28205

**CORTEVA, INC.**

974 Centre Road
Wilmington, Delaware 19805

**DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC.**

974 Centre Road
Wilmington, Delaware 19805
2211 H.H. Dow Way
Midland, Michigan 48674

**DYNAX CORPORATION**

79 Westchester Avenue
Pound Ridge, New York 10576
Service Address:
103 Fairview Park Drive
Elmsford, New York 10523-1544

**E.I. DUPONT DE NEMOURS AND COMPANY**

974 Centre Road
Wilmington, Delaware 19805

**NATIONAL FOAM, INC.**

141 Junny Road
Angier, North Carolina 27501
350 East Union Street
West Chester, Pennsylvania 19382

**THE CHEMOURS COMPANY**

1007 Market Street
Wilmington, Delaware 19889

**TYCO FIRE PRODUCTS L.P.**

1400 Pennbrook Parkway
Lansdale, Pennsylvania 19446